IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KATHLEEN HARRISON,                              3:11-CV-00365-MA

    Plaintiff,                              ORDER FOR ATTORNEY FEES

    v.

MICHAEL ASTRUE,
Commissioner of Social
Security,

    Defendant.

    Based upon the stipulation of the parties, attorney fees in the amount of $22,700.00, shall be awarded to Plaintiff, Kathleen Harrison, pursuant to the 42 U.S.C. § 406(b). The agency is directed to subtract the amount previously awarded under the EAJA, $4,067.16, and send to plaintiff's attorney, the balance of $18,632.84 minus any user fee. Any amount withheld (including the EAJA fee offset) after all administrative and court attorneys fees are paid should be released to the claimant.

    IT IS SO ORDERED.

    DATED this __17__ day of May, 2012.

                                                 /s/ Malcolm F. Marsh
                                               Malcolm F. Marsh
                                               United States District Judge

1 - ORDER FOR ATTORNEY FEES