IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


KATHLEEN HARRISON,                           3:11-CV-00365-MA

        Plaintiff,                         ORDER FOR EAJA FEES

        v.

MICHAEL ASTRUE,
Commissioner of Social
Security,

        Defendant.

MARSH, Judge.

    Based on the stipulation of the parties, it is hereby
ORDERED that attorneys fees in the amount of $4,067.16 plus
$350.00 in costs for filing fees shall be awarded to Plaintiff
pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.
The parties agree that attorney fees will be paid to Plaintiff's
attorney, dependent upon verification that Plaintiff has no debt
which qualifies for offset against the awarded fees, pursuant to
the Treasury Offset Program as discussed in  Astrue
v. Ratliff, 130 S.Ct. 2521 (2010).

    If Plaintiff has no such debt, then the check shall be made
out to Plaintiff's attorney and mailed to Plaintiff's attorney's

1 - ORDER FOR EAJA FEES

office as follows:  Merrill Schneider, P.O. Box 14490, Portland,
OR 97293.   If Plaintiff has debt, then the check for any
remaining funds after offset of the debt, shall be made to
Plaintiff, and mailed to Plaintiff's attorney's office at the
address stated above.

IT IS SO ORDERED.

DATED this ___22___ day of May, 2012.

*Malcolm F. Marsh*

Malcolm F. Marsh
United States District Judge

2 - ORDER FOR EAJA FEES