IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KATHLEEN HARRISON,                      3:11-CV-00365-MA

       Plaintiff,                       ORDER FOR EAJA FEES

      v.

MICHAEL ASTRUE,
Commissioner of Social
Security,

      Defendant.

MARSH, Judge.

Based on the stipulation of the parties, it is hereby ORDERED that attorneys fees in the amount of $4,067.16 plus $350.00 in costs for filing fees shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The parties agree that attorney fees will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in <u>Astrue v. Ratliff</u>, 130 S.Ct. 2521 (2010).

If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's

1 - ORDER FOR EAJA FEES

office as follows: Merrill Schneider, P.O. Box 14490, Portland, OR 97293. If Plaintiff has debt, then the check for any remaining funds after offset of the debt, shall be made to Plaintiff, and mailed to Plaintiff's attorney's office at the address stated above.

IT IS SO ORDERED.

DATED this  22  day of May, 2012.

*Malcolm F. Marsh*
Malcolm F. Marsh
United States District Judge

2 - ORDER FOR EAJA FEES